FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

PD-0438-15

PD-0438-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/18/2015 9:59:15 AM
Accepted 6/19/2015 2:08:57 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **ROCHELLE SCHELLING**<br>**Appellant** | § | **APPEALED FROM THE**<br>**COURT OF APPEALS, 6th DISTRICT** |
| V. | § | CCA NO. PD-0438-15<br>CASE NO. 06-14-00173-CR<br>TRIAL COURT NO. 43049-B |
| **THE STATE OF TEXAS**<br>Appellee | § | STATE OF TEXAS |

### THIRD MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, ROCHELLE SCHELLING, the Appellant herein, and moves the Court

for an extension of time to file Appellant's Petition for Discretionary Review in this cause,

pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support

thereof would show the Court as follows:

#### I.

The Appellant in this cause was convicted in the 124th District Court of Gregg County,

Texas in cause number 43049-B for the offense of Theft of Property.

#### II.

The Court of Appeals' opinion on remand was delivered on March 17, 2015. Appellant's

Petition for Discretionary Review is due on or about June 18, 2015.

#### III.

The Appellant hereby requests a second extension of time to file Appellant's Petition for

Discretionary Review.

The undersigned counsel has been unable to devote sufficient time to the review of the

record, research and preparation of Appellant's Petition for Discretionary Review for the

following good and sufficient reasons:

This counsel is currently ill.

In addition to the above-listed matter, the undersigned counsel has been involved with a

very busy trial and appellate schedule and is involved in numerous other felony

and misdemeanor cases at various stages of litigation.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Petition for Discretionary in this cause for an additional fourteen days, to July 2, 2015.

RESPECTFULLY SUBMITTED,


__/s/Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 06-18-15

__/s/ Clement Dunn_____
Attorney for Appellant

# IN THE COURT OF CRIMINAL APPEALS

ROCHELLE SCHELLING
    Appellant

§    APPEALED FROM THE
COURT OF APPEALS, 6th DISTRICT

V.

§    CCA NO. PD-0438-15
CASE NO. 06-14-00173-CR
TRIAL COURT NO. 43049-B

THE STATE OF TEXAS
    Appellee

§    STATE OF TEXAS

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 20___, came

on to be considered the above and foregoing Third Motion for Extension of Time to File

Appellant's Petition for Discretionary Review. After consideration of the same, it is the opinion

of the Court that Appellant's Motion be:

( )    GRANTED, and the present cause is hereby extended until _____,

    20____.

( )    DENIED, to which ruling the Appellant excepts.

( )    SET FOR HEARING ON THE _____ day of _____, 20___, at

    _____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING